FILED
NOV 18 2009
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06-cr-17-WKW |
| ) | [21 USC § 841(a)(1) and |
| THOMAS GROVE, JR., and ) | 18 USC § 924(c)(1)(A)] |
| (*) RICHARD ~~SHEPPARD~~ ) | |
| SHEPARD ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

COUNT 1

On or about the 8th day of June, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

THOMAS GROVE, JR.,

did knowingly and intentionally possess with the intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

On or about the 8th day of June, 2005, in Montgomery County, within the Middle District of Alabama, the defendants,

THOMAS GROVE, JR., and
RICHARD ~~SHEPPARD~~,
SHEPARD

did knowingly and intentionally possess with the intent to distribute a mixture and

(*)   Pursuant to order of 5/18/2011

substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 8th day of June, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

THOMAS GROVE, JR.,

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly referred to as cocaine powder, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about the 8th day of June, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

(*)   RICHARD ~~SHEPPARD~~,
SHEPARD

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

On or about the 23rd day of March, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

THOMAS GROVE, JR.,

did knowingly and intentionally distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about the 23rd day of March, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

(*)   RICHARD SHEPPARD,
SHEPARD

did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, and a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly referred to as cocaine powder, both being Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

On or about the 23rd day of March, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

THOMAS GROVE, JR.,

did knowingly and intentionally possess with the intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

On or about the 23rd day of March, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

RICHARD SHEPARD,

did knowingly use and carry a Ruger P-89, 9 mm handgun, a better description being unknown to the Grand Jury, during and in relation to a drug trafficking offense as charged in Count 6 herein, and did possess said firearm in furtherance of, a drug trafficking offense charged in Count 6 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney