IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-17-WKW |
| | ) | |
| THOMAS GROVE, JR. | ) | |

## **VERDICT FORM**

### **COUNT 1:**

We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

of possession with the intent to distribute cocaine base (crack cocaine), as charged in **Count 1** of the Superseding Indictment.

> If guilty of **Count 1**, we, the jury, find that the net weight of the mixture or substance containing a detectable amount of cocaine base attributable to Defendant Grove is:
>
> A.   Five (5) grams or more    \_\_✓\_\_
>
> B.   Less than five (5) grams    \_\_\_\_\_

### **COUNT 2:**

We, the Jury, find the Defendant, THOMAS GROVE, JR.,

\_\_\_✓\_\_\_ Not Guilty        _____ Guilty

of possession with the intent to distribute cocaine base (crack cocaine), as charged in **Count 2** of the Superseding Indictment.

## COUNT 3:

We, the Jury, find the Defendant, THOMAS GROVE, JR.,

___✓___ Not Guilty          _____ Guilty

of possession with the intent to distribute cocaine hydrochloride (cocaine powder), as charged in **Count 3** of the Superseding Indictment.

## COUNT 5:

We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty          _____ Guilty

of distribution of cocaine base (crack cocaine), as charged in **Count 5** of the Superseding Indictment.

> If guilty of **Count 5**, we, the jury, find that the net weight of the mixture or substance containing a detectable amount of cocaine base attributable to Defendant Grove is:
>
> A.   Five (5) grams or more    _____
>
> B.   Less than five (5) grams  _____

## COUNT 7:

We, the Jury, find the Defendant, THOMAS GROVE, JR.,

____✓____ Not Guilty            _____ Guilty

of possession with the intent to distribute cocaine base (crack cocaine), as charged in **Count 7** of the Superseding Indictment.

> If guilty of **Count 7**, we, the jury, find that the net weight of the mixture or substance containing a detectable amount of cocaine base attributable to Defendant Grove is:
>
> A.   Five (5) grams or more   _____
>
> B.   Less than five (5) grams   _____

## SIMPLE POSSESSION AS TO COUNTS 1, 2, 3, and 7

If you do not find the Defendant guilty of possession with the intent to distribute, as charged in Counts 1, 2, 3, and 7, you should answer the following questions **only as to those counts in which the Defendant is not found guilty**:

A:   We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty            _____ Guilty

of simple possession of cocaine base (crack cocaine), as charged in **Count 1** of the Superseding Indictment.

B:     We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty          ____✓____ Guilty

of simple possession of cocaine base (crack cocaine), as charged in **Count 2** of the Superseding Indictment.

C:     We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty          ____✓____ Guilty

of simple possession of cocaine hydrochloride (cocaine powder), as charged in **Count 3** of the Superseding Indictment.

D:     We, the Jury, find the Defendant, THOMAS GROVE, JR.,

_____ Not Guilty          ____✓____ Guilty

of simple possession of cocaine base (crack cocaine), as charged in **Count 7** of the Superseding Indictment.

So say we all.
This 9th day of February, 2011.

*Feburuary 11, 2011*

_____
Foreperson