IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

-- versus --                                            CASE NO. 2:06-CR-17-WKW

THOMAS GROVE, JR.
_____

NOTICE OF APPEAL
_____

Notice is hereby given that, THOMAS GROVE, JR., defendant above named, hereby appeals by and through undersigned counsel to the United States Court of Appeals for the Eleventh Circuit from the final judgment and conviction and sentence entered on the docket in the above-styled action on February 8, 2012.

This 17th day of February, 2012.

/s/ Jeff P. Manciagli
Jeff P. Manciagli
Counsel for Defendant
Georgia Bar No. 468578

66 Lenox Pointe NE
Atlanta, GA 30324
770.234.9744

## CERTIFICATE OF SERVICE

      This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following:

            Clark Morris, Esq.
            Assistant United States Attorney
            P.O. Box 197
            Montgomery, AL 36101

            /s/ Jeff P. Manciagli
            Jeff P. Manciagli
            Counsel for Defendant
            Georgia Bar No. 468578

66 Lenox Pointe NE
Atlanta, GA 30324
770.234.9744